AO 440 (Rev. 01/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | |
| *Defendant* | ) | **09-23492-CV-HUCK/O'SULLIVAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Oldcastle Materials, Inc.
900 Ashwood Parkway
Suite 700
Atlanta, GA 30338

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: __**November 16, 2009**__

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| Coscan Construction LLC, et al. | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| Heidelberg Cement AG, et al. | ) |
| *Defendant* | )     **09-23492-CV-HUCK/O'SULLIVAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Titan America LLC 
2125 Kimball Terrace
Norfolk, VA 23504


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **November 16, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HeidelbergCement ̸ Aʳʳᵈ AG ̸
Berliner Strasse 6
69120 Heidelberg, Germany

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **November 16, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Holcim Ltd.
Hagenholzstrasse 85
CH - 8050 Zurich Switzerland

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **November 16, 2009**

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CRH plc
Belgard Castle
Clondalkin Dublin 22
Ireland

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **November 16, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida Rock Industries, Inc.
155 E. 21st St.
Jacksonville, FL 32206

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **November 16, 2009**



Steven M. Larimore
Clerk of Court

## SUMMONS

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Holcim (US), Inc.
Waltham Corporate Headquarters
201 Jones Rd.
Waltham, MA 02451

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **November 16, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lafarge North America, Inc.
12950 Worldgate Dr., Suite 500
Herndon, VA 20170

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **November 16, 2009**



SUMMONS

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Suwanee American Cement LLC
5117 US Highway 27
Branford, FL 32008

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **November 16, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Votorantim Cimentos North America, Inc.
100 W Bay Street, Suite 700
Jacksonville, FL 3222-3823

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **November 16, 2009**



Steven M. Larimore
Clerk of Court

## SUMMONS

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lehigh Hansen Inc.
7660 Imperial Way
Allentown, PA 18195

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **November 16, 2009**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vulcan Materials Company
1200 Urban Center Drive
Birmingham, AL 35242

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **November 16, 2009**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 01/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Coscan Construction LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Heidelberg Cement AG, et al. | ) | **09-23492-CV-HUCK/O'SULLIVAN** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Titan Cement Company S.A.
Halkidos 22A
11143 Athens, Greece


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
28100 Bonita Grande Drive, Suite 105
Bonita Springs, FL 34135


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

**November 16, 2009**
Date: _____

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts