IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| IN RE FLORIDA CEMENT AND CONCRETE ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) |  MASTER DOCKET NO. 09-23187-CIV-ALTONAGA/Brown |

*(DIRECT PURCHASER ACTION)*

### FLORIDA ROCK'S NOTICE OF STRIKING DOCKET ENTRY #257

Pursuant to S.D. Fla. L.R. 26.1(b), Defendant, Florida Rock Industries, Inc., hereby files this Notice of Striking Docket Entry #257.  Docket Entry #257 was erroneously filed with the Court.

Date: February 17, 2011

Respectfully submitted,

/s/ Marty Steinberg
Marty Steinberg, Esq.
Florida Bar No. 187293
D. Bruce Hoffman, Esq.
Florida Bar No. 958026
**Hunton & Williams LLP**
1111 Brickell Avenue Suite 2500
Miami FL 33131
msteinberg@hunton.com
bhoffman@hunton.com
Tel: 305-810-2500
Fax: 305-810-2460
*Counsel for Defendant Florida Rock Industries Inc.*

Ryan Shores, Esq.
**Hunton & Williams LLP**
1900 K Street NW
Washington DC 20006
rshores@hunton.com
Tel: 202-955-1500
*Counsel for Defendant Florida Rock Industries, Inc.*

## CERTIFICATE OF SERVICE

**I hereby certify** that on February 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Marty Steinberg
For Hunton & Williams LLP

**SERVICE LIST**

| | |
|---|---|
| Robert C. Josefsberg<br>Katherine W. Exell<br>PODHURST ORSECK PA<br>City National Bank Building<br>24 W. Flagler Street, Suite 800<br>Miami, FL 33130-1780<br>T: 305-358-2800<br>F: 305- 358-2382<br>Email: rjosefsberg@podhurst.com<br>Email : kezell@podhurst.com<br><br>*Liaison Counsel for Direct Purchaser Plaintiffs* | Gregory S. Asciolla<br>Hollis L. Salzman<br>Jay L. Himes<br>Ryan G. Kriger<br>Kellie Lerner<br>LABATON SUCHAROW LLP<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>T: 212-907-0700<br>F: 212818-0477<br>Email: gasciolla@labaton.com<br>Email: hsalzman@labaton.com<br>Email: jhimes@labaton.com<br>Email: rkriger@labaton.com<br>Email : klerner@labaton.com<br><br>*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel* |
| Ralph J. Bunche<br>William P. Butterfield<br>Brian A. Ratner<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>T: 202-540-7200<br>F: 202-540-7201<br>Email: rbunche@hausfeldllp.com<br>Email: wbutterfield@hausfeldllp.com<br>Email: bratner@hausfeldllp.com<br><br>*Interim Co-Lead Counsel on Behalf of Direct Purchaser Plaintiffs* | Matthew W. Friedrich<br>William A. Isaacson<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW, #800<br>Washington, DC 20015<br>T: 202-237-2727<br>F: 202-237-6131<br>Email: mfriedrich@bsfllp.com<br>Email: wisaacson@bsfllp.com<br><br>Mark J. Heise<br>Stephen N. Zack<br>BOIES SCHILLER & FLEXNER LLP<br>100 Southeast Second Street, Suite 2800<br>Miami, FL 33131<br>T: 305-539-8400<br>F: 305-539-1307<br>Email: mheise@bsfllp.com<br>Email : szack@bsfllp.com<br><br>*Interim Co-Lead Class Counsel for Direct Purchaser Plaintiffs* |

| | |
|---|---|
| Arthur H. Rice<br>Jodi N. Cohen<br>RICE PUGATCH ROBINSON & SCHILLER PA<br>101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>T : 954-462-8000<br>F : 954-462-4300<br><br>*Indirect Purchaser Plaintiffs' Interim Co-Lead Class Counsel* | David E. Kovel<br>Kenneth G. Walsh<br>Daniel Hume<br>KIRBY MCINERNY LLP<br>825 third Avenue, 16th Floor<br>New York, NY 10022<br>T: 212-371-6600<br>F: 212-751-2540<br>Email: dkovel@kmllp.com<br>Email: kwalsh@kmllp.com<br>Email: dhume@kmllp.com<br><br>*Indirect Purchaser Plaintiffs Interim Co-Lead Class Counsel* |
| Shepard Goldfein<br>Paul M. Eckles<br>Clifford H. Aronson<br>Matthre M. Martino<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036-6522<br>T: 212-735-3000<br>F: 212-735-2000<br>Email: shepard.goldfein@skadden.com<br>Email : paul.eckles@skadden.com<br>Email : clifford.aronson@skadden.com<br>Email : matthew.martino@skadden.com<br><br>Michael Nachwalter<br>Elizabeth B. Honkonen<br>Jalaine Garcia<br>KENNY NACHWALTER PA<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL  33131<br>T: 305-373-1000<br>F: 303-373-1861<br>Email: mnachwalter@kennynachwalter.com<br>Email: ebh@kennynachwalter.com<br>Email: jgarcia@kennynachwalter.com<br><br>*Counsel for Defendant Cemex* | Frank G. Burt<br>JORDEN BURT LLP<br>1025 Thomas Jefferson Street NW<br>Suite 400 East<br>Washington, DC  20007<br>T: 202-965-8100<br>F: 202-965-8104<br>Emial fgb@jordenusa.com<br><br>Laura cofer Taylor<br>James L. Cooper<br>Ryan Z. Watts<br>ARNOLD & PORTER LLP<br>555 12 Street NW<br>Washington, DC 20004<br>T: 202-942-5000<br>F: 202-942-5999<br>Email: laura.taylor@aporter.com<br>Email: james.cooper@aporter.com<br>Email: ryan.watts@aporter.com<br><br>Rihcard J. Ovelmen<br>JORDEN BURT LLP<br>777 Brickell Avenue, Suite 500<br>Miami, FL 33131<br>T: 305-371-2600<br>F: 305-372-9928<br>Email: rjo@jordenusa.com<br><br>*Counsel for Defendant Tarmac America LLC* |

- 5 -

| | |
|---|---|
| Richard Brosnick<br>BUTZEL LONG PC<br>380 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>T: 212-818-1110<br>F: 212-818-949<br>Email: brosnick @butzel.com<br><br>Christopher B. Hopkins<br>Akerman Senterfitt<br>222 Lakeview Avenue, Suite 400<br>West Palm Beach, FL  33401-6147<br><br>*Counsel for Defendant Prestige AB Management Co., LLC and Votorantim Cimentos North America, Inc.* | |

29026.000165 EMF_US 34507915v1